# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANA GALLES, et al., | No. 2:18-CV-0298-TLN-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the court is the parties' stipulation for entry of a protective order (Doc. 13). A review of the stipulation and proposed order reflects defendant Brandy Nyberg, who is not represented by counsel, "declined to stipulate to this protective order." The court is prepared to approve the proposed protective order but will first provide defendant Nyberg an opportunity to show good cause, if any, why the order should not be issued. Defendant Nyberg is advised that, if no response is filed within the time permitted herein, the proposed protective order will issue.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Nyberg may, within 15 days of the date of this order, file a brief showing good cause why the proposed protective order should not issue; and

2. Any other party may file a response to any brief filed by defendant Nyberg within 10 days after service of such brief.

Dated: November 20, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE