DENNIS R. INGOLS, ESQ., CSB#236458
LAW OFFICE OF DENNIS R. INGOLS
111 North Market Street, Suite #300
San José, California 95113
T: 408-601-0126
dennis@ingolslaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANA GALLES, et. al, <br><br>         Plaintiffs <br> vs. <br><br><br> COUNTY OF BUTTE, et al., <br><br>         Defendants. | Case No: 2:18-CV-00298-TLN-CMK <br><br> ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY <br><br> DATE: November 18, 2019 <br> TIME: 9:00a.m. <br> COURTROOM: 2 <br> JUDGE ASSIGNED: The Honorable Troy L. Nunley |

IT IS HEREBY ORDERED:

1.  Plaintiff's counsel, Dennis R. Ingols' Request to Appear Telephonically, filed October 28, 2019, regarding the hearing on November 18, 2019, at 9:00a.m., is granted.

2.  Counsel Dennis R. Ingols may appear telephonically at the aforementioned hearing.

Dated: October 28, 2019

_____
Troy L. Nunley
United States District Judge

1