UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANA GALLES, aka Eleana Mishelle Carbajal,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF BUTTE, et al.,<br><br>            Defendants. | No. 2:18-CV-0298-TLN-DMC<br><br>**ORDER** |

Plaintiff Eleana Galles (aka Eleana Mishelle Carbajal) ("Plaintiff"), who is proceeding *pro se*, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 34.) No objections to the findings and recommendations have been filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 3, 2020 (ECF No. 34), are adopted in full;

2. This action is DISMISSED for lack of prosecution and failure to comply with this Court's rules and orders;

3. Defendants' Motion to Dismiss (ECF No. 28) is DENIED as MOOT; and

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

DATED: October 6, 2020

Troy L. Nunley
United States District Judge